Argued September 22, reversed and remanded October 19, 1971

## STATE OF OREGON, *Appellant, v.* RONALD ALFRED MARRACCINI (C-70-10-0227), *Respondent.*

489 P2d 964

*W. Michael Gillette,* Assistant Attorney General, Salem, argued the cause and filed the brief for appellant. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

*Frank M. Ierulli,* Portland, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

PER CURIAM.

This is a companion case to *State v. Thomas,* 7 Or App 50, 489 P2d 962 (1972), decided this day.

Reversed and remanded.